■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL G. LAYTON, Appellant. [754 NYS2d 552] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered April 15, 1999, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is modified, on the law, by vacating the conviction of robbery in the first degree, vacating the sentence imposed thereon, and dismissing that count of the indictment; as so modified, the judgment is affirmed.

The defendant correctly contends that he established his affirmative defense that the gun used in the robbery was a BB gun and thus was not a firearm (*see* Penal Law § 160.15 [4]; *People v Wilson,* 283 AD2d 339, 340; *People v Bowman,* 133 AD2d 701). Accordingly, his conviction of the crime of robbery in the first degree must be vacated.

The defendant's remaining contentions are without merit. Florio, J.P., Feuerstein, McGinity and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL G. LAYTON, Appellant. [754 NYS2d 553] —Appeal by the defendant, by permission, from an order of the County Court, Suffolk County (Weber, J.), dated October 26, 2001, which denied his motion pursuant to CPL 440.10 to vacate a judgment of conviction of the same court, rendered April 15, 1999, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the order is affirmed, for the reasons stated by the County Court in its order dated October 26, 2001. Florio, J.P., Feuerstein, McGinity and Schmidt, JJ., concur.